STATE, BOARD OF HEALTH OF THE CITY OF CAMDEN, PROSECUTOR, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN.

On application for a writ of *mandamus* commanding the board of freeholders to make a rate, tax and assessment for the erection and construction of a jail, or the enlargement of the present jail, sufficient and adequate for the wants of the county of Camden, with due regard to sanitary arrangement and ventilation.

PER CURIAM.

This writ is asked for on the ground that by the Health act of March 31st, 1887 (*Pamph. L.*, p. 80), the local board of health has power to pass, alter and amend ordinances, and make rules and regulations, in regard to the public health, for the purpose of securing the sanitary condition of jails and prisons. The primary difficulty with the application is that

it does not appear that the board of health has passed any ordinance, or made any rule or regulation with regard to the Camden county jail. Had such ordinance or regulation been adopted, and had the board of freeholders refused to comply with it, ground might exist for a *mandamus* to compel obedience; but in the absence of those conditions, we think this court cannot legally interfere.

The application must be denied.